# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| VICTOR MANUEL GARCIA-SANCHEZ, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN ACUNA, Acting Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office, et al., | ) | No. 25-cv-03155-SHL-tmp |
| Respondents. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1), filed December 9, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 12), filed January 13, 2026, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 13, 2026
Date